**United States Bankruptcy Court**
**District of South Dakota**

IN RE:                                                                                          Case No. _____

**Kilheffer-Haugen, Heather Suzanne**                                      Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION

1. Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and LBR 2016-1(a), I declare that within one year of the filing of the petition herein I have been paid the following compensation by Debtor for services rendered or to be rendered in contemplation of or in connection with the case.  **See attached.**

| | | |
|---|---|---:|
| (a) | Legal Fees: | $ 1,250.00 |
| (b) | Sales Tax, Filing Fee, Other Costs: | + $ 440.00 |
| (c) | Total: | = $ 1,690.00 |
| (d) | I have received: | - $ 725.00 |
| (e) | I am still owed: | = $ 965.00 |

2. In return for the compensation set forth in ¶ 1(c) above, I have rendered or have agreed to render the following legal services (check all that apply):

☑ analyzing the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

☑ preparing and filing the debtor's petition, schedules, and statement of financial affairs; and

☑ representing the debtor at the meeting of creditors.

3. I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

Dated: **January 10, 2011**              /s/ **Thomas A. Blake**

**Thomas A. Blake**
**Blake Law Office**
**505 W 9th Ste 201**
**Sioux Falls, SD  57104-3603**
**(605) 336-1216**
**legaladvice@tblakelaw.com**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kilheffer-Haugen, Heather Suzanne**                                    Case No. _____
Debtor(s)

**DISCLOSURE OF COMPENSATION**
**Continuation Sheet - Page 1 of 1**

**The source of compensation to be paid to me is from:**
**Michael Erdman**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only